# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                       **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-700-LPR-BD**

**SAMUAL BAKER,** *et al.*                                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. McCoy's claims has been sent to Judge Lee P. Rudofsky. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days. If no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record. If the parties do not file objections, they may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Mr. McCoy was an inmate at the W.C. "Dub" Brassell Detention Center when he filed this civil rights lawsuit on June 2, 2020. (Doc. No. 2) He notified the Court of a change in his address on August 5, 2020, and again on January 11, 2021. (Doc. Nos. 16, 22) On April 5, however, Defendants notified the Court that mail they sent to Mr. McCoy's latest address was returned as "undeliverable." (Doc. No. 25) Defendants

moved to dismiss Mr. McCoy's claims based on his failure to provide the Court and opposing parties of his change in address, as required by local rules.

On April 7, the Court ordered Mr. McCoy to notify the Court of his current address within 30 days or risk dismissal of his claims. (Doc. No. 26) To date, he has not responded to that Order. Meanwhile, Mr. McCoy's copy of the April 7 Order was returned to the Court with a note that he is "no longer housed" at his last-known address. (Doc. No. 27)

### III. Conclusion:

The Defendants' motion to dismiss (Doc. No. 25) should be GRANTED, without prejudice, based on Mr. McCoy's failure to comply with the Court's April 7, 2021 Order and his failure to prosecute this lawsuit.

DATED this 11th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE