IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                              **PLAINTIFF**

**V.**                   **CASE NO. 4:20-CV-700-LPR-BD**

**SAMUAL BAKER,** *et al.*                                       **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has received a Recommendation for dismissal of Mr. McCoy's claims. The parties have not filed objections to the Recommendation and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' motion to dismiss (Doc. No. 25) is GRANTED. Mr. McCoy's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 7, 2021 Order and his failure to prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED, this 29th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE