IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-700-LPR-BD**

**SAMUAL BAKER,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day and previous Orders filed in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of June, 2021.

                                                             _____
                                                             LEE P. RUDOFSKY
                                                             UNITED STATES DISTRICT JUDGE